**Jerry HALL, Plaintiff–Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Commonwealth of Virginia; Ron Angelone, Director; C.D. Larsen, Warden; Carol Wallace, Associate Warden of Operations; Dr. Ofogh, Chief Physician; Dr. Jacobs, Chief Psychiatrist, Defendants–Appellees.**

No. 00–7811.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Jerry Hall, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jerry Hall appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C.A. § 1997e(a) (West Supp. 2000). Because Appellant did not

demonstrate to the district court that he had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*